NOTE: CHANGES MADE BY THE COURT

JS-6

1

2

3

4

5

6

7

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| CENTURION MEDIA GROUP, INC., | **Case No.  SACV10-1317-JST(MLGx)** |
| Plaintiff, | **ORDER RE: DISMISSAL OF ENTIRE ACTION** |
| v. | |
| UNITED MARKETING PARTNERS, a business entity form unknown; UNIQUELEADS.COM, INC., a Florida corporation; UNITED MARKETING PARTNERS, INC., a suspended California corporation; THOMAS STANFORD, an individual; and DOES 1-10, | |
| Defendants. | |
| UNIQUELEADS.COM, INC., a Florida Corporation; | |
| Third-Party Plaintiff, | |
| v. | |
| ADVANZED MEDIA, LLC, a California limited liability company, SYDAVIS HOLDINGS, INC., a California corporation, and MATTHEW HETLAND, an individual, | |
| Third-Party Defendants. | |

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

_____

ORDER RE: DISMISSAL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Having considered plaintiff/counterclaim defendant Centurion Media Group Inc.'s Notice of Dismissal as to defendants United Marketing Partners, United Marketing Partners Inc. and Thomas Stanford, pursuant to Rule 41(a)(1), this action is ordered dismissed.

Dated: April 6, 2011               **JOSEPHINE STATON TUCKER**
                                   Hon. JOSEPHINE STATON TUCKER
                                   United States District Judge

_____

ORDER RE: DISMISSAL